George T. DAGGETT, Plaintiff,

v.

Irwin I. KIMMELMAN, etc., et al., Defendants,

and

Edwin B. FORSYTHE, et al., Plaintiffs,

v.

Thomas H. KEAN, etc., et al., Defendants,

James J. Florio, et al., Intervenors.

Civ. A. Nos. 82–297, 82–388.

United States District Court, D. New Jersey.

Feb. 17, 1984.

As Amended March 5, 1984.

**1260**

George T. Daggett, pro se.

Hellring, Lindeman, Goldstein & Siegal by Bernard Hellring, Jonathan L. Goldstein, John Sheridan, Robert S. Raymar, Stephen L. Dreyfuss, Newark, N.J., for plaintiffs in No. 82–388.

Michael R. Cole, Michael R. Clancy, William Harla, Deputy Attys. Gen., Trenton, N.J., for defendants.

Greenstone & Sokol by Leon J. Sokol, Hackensack, N.J., for defendant-intervenor Orechio.

Marinari & Farkas, P.C. by Lawrence T. Marinari, Kenneth J. Guido, Jr., Trenton, N.J., for defendant-intervenor Karcher.

Sills, Beck, Cummis, Zuckerman, Radin & Tischman by Clive S. Cummis, Charles J. Walsh, Jerald D. Baranoff, Angelo J. Geno-va, Newark, N.J., for defendant-intervenors Florio, et al.

Joseph F. Shanahan, Lambertville, N.J., and Ralph Fucetola, III, North Arlington, N.J., for proposed plaintiff-intervenors Magee, et al.

Frank Askin, Newark, N.J., proposed defendant-intervenor pro se.

## OPINION

Before GIBBONS, Circuit Judge, FISH-ER, Chief Judge, and BROTMAN, District Judge.

GIBBONS, Circuit Judge:

These consolidated cases are before us on remand from the Supreme Court, which on June 22, 1983 affirmed this court's holding that P.L.1982, c. 1 (codified at N.J.Stat. Ann. § 19:46–5 (West Supp.1983–84) (hereinafter Feldman Plan)), creating districts for the election of Members of the House of Representatives from New Jersey, is unconstitutional, and enjoining the defendant state officers from conducting primary or general congressional elections under its terms.[1] This court's prior order fixed March 22, 1982 as the date for enactment by New Jersey of a new constitutional congressional redistricting plan, and provided that if no such plan was enacted by that date the court would convene to undertake further proceedings. Because the Supreme Court, on March 15, 1982, issued a stay of this court's injunction,[2] the 1982 congressional election took place under the Feldman Plan. The Supreme Court's affirmance of this court's order, however, restored the injunction. On December 19, 1983, this court fixed February 3, 1984 as the date by which New Jersey could enact a constitutional congressional redistricting plan, and February 7, 1984 as the date of a hearing on further proceedings if no such plan was enacted.

---

1. *Karcher v. Daggett,* —— U.S. ——, 103 S.Ct. 2653, 77 L.Ed.2d 133 (1983), *aff'g Daggett v. Kimmelman,* 535 F.Supp. 978 (D.N.J.1982).

2. *Karcher v. Daggett,* 455 U.S. 1303, 102 S.Ct. 1298, 71 L.Ed.2d 635 (1982) (Brennan, J., in chambers).

On January 5, 1984 the New Jersey Legislature adopted Senate Bill 3564, but that bill was vetoed by Governor Thomas H. Kean, and had insufficient support for reenactment over his veto. Since no legislation was adopted in the time permitted by this court's December 19, 1983 order, we convened on February 7, 1984 and held a hearing on further relief.

At that hearing six separate redistricting proposals were advanced by various parties. No party urged that the next New Jersey congressional election be held on an at-large basis without districts. Instead, the parties unanimously urged that the court select the plan, among those admitted in evidence, which satisfied the constitutional standards for congressional districts, while most nearly satisfying non-constitutional criteria for fair districting. Thus the parties urged that the court should adopt a remedy similar to that adopted, following the 1970 decennial census, in *David v. Cahill*, 342 F.Supp. 463 (D.N.J.1972). We note in passing that although the decree in *David v. Cahill* did not so require, the redistricting plan which it adopted was utilized for New Jersey congressional elections until the 1980 decennial census rendered it obsolete.

The population of New Jersey in the 1980 decennial census, as most recently corrected by the Bureau of Census, is 7,365,011. New Jersey is entitled to representation in the House of Representatives by fourteen Representatives; one less than under the 1970 decennial census. Thus the ideal congressional district would have a population of 526,072.

■■■■ Article I, § 2, as interpreted by the Supreme Court, permits only such limited population variances from the standard of equal district population as "are unavoidable despite a good-faith effort to achieve absolute equality, or for which justification is shown." *Karcher v. Daggett,* — U.S. at ——, 103 S.Ct. at 2658 (quoting *Kirkpatrick v. Preisler,* 394 U.S. 526, 531, 89 S.Ct. 1225, 1229, 22 L.Ed.2d 519 (1969)). Moreover, a good-faith effort to achieve absolute equality is not established by producing a redistricting plan with a maximum population deviation "smaller than the predictable undercount in available census data." *Karcher v. Daggett,* — U.S. at ——, 103 S.Ct. at 2658, 2662. *Daggett v. Kimmelman,* 535 F.Supp. at 983, 985 (Gibbons, J., dissenting). Once it has been established that a redistricting plan "was not the product of a good-faith effort to achieve population equality," the burden shifts "to the State to prove that the population deviations in its plan were necessary to achieve some legitimate state objective." *Karcher v. Daggett,* — U.S. at ——, 103 S.Ct. at 2663. Among the policies which may justify some variance are "making districts compact, respecting municipal boundaries, preserving the cores of prior districts, and avoiding contests between incumbent Representatives." *Id.* In the prior decision of this court we found that the State had failed to carry its burden of justification with respect to the Feldman Plan, and the Supreme Court affirmed that finding as not clearly erroneous. *Id.* at ——, 103 S.Ct. at 2665. Finally, the opinion of the court in *Karcher v. Daggett,* while declining to rely, as a constitutional violation, on the obviously partisan purposes behind the Feldman Plan, recognizes that "[a] federal principle of population equality does not prevent any State from taking steps to *inhibit* gerry-mandering, so long as a good-faith effort is made to achieve population equality as well." *Id.* at —— n. 6, 103 S.Ct. at 2660 n. 6 (emphasis supplied).

While *Karcher v. Daggett* considers what interests may be taken into account by state legislatures in justifying deviations from the ideal of district population equality based on the decennial census, it also provides useful instruction to district courts faced, as we are, with selecting a districting plan because of a failure in the legislative process. We may take into account at least those factors which the Court has recognized as legitimate, namely: making districts compact, preserving municipal boundaries, preserving cores of prior districts, avoiding contests between in-

cumbents, and inhibiting gerrymandering. With those factors in mind we turn to the several plans which have been proposed.

### A. The Haverly Plan

■ Taxpayers Political Action Committee, an intervenor, proposed Exhibit IM–1(a), a plan, and exhibit IM–1(b), a district map, produced at its request by C.A. Haverly, an expert in applied mathematics and computer science. Haverly's plan, according to his report, was designed with the objective of keeping the maximum population deviation of any district at less than $+/-$ 1%, preserving municipal boundaries, maximizing compactness and contiguity, avoiding county fragmentation, and preserving population stability from old to new districts. The Haverly plan, while reasonably attractive in other respects, proposes a population variation between the largest and smallest districts of 1.82%. An alternative version proposes a population variation of .85%. This variation between the largest and smallest districts is larger than any which would occur in the plans proposed by other parties. Since we must make a good-faith effort to maximize population equality, we decline to adopt Exhibit IM–1(a) as a remedy.

### B. Senate Bill 3564

The Democratic Congressmen, intervenors, urge that the court adopt as a remedy the plan embodied in Senate Bill 3564 which passed the New Jersey Legislature, but was vetoed by Governor Kean. That plan, Exhibit IF–2(c), is reflected in the map, Exhibit D–6. A comparison of Exhibit D–6 with the map of the New Jersey congressional districts resulting from the Feldman Plan reveals that the districts are virtually identical. Some slight changes have been made, by moving municipalities among districts, so as to achieve a low district population of 526,020, and a high of 526,087, or a maximum variation of 67 persons and an absolute mean deviation of 11.50 persons. This plan produces a relative overall range of .01273%, and a relative mean deviation of .00218%.

■ We need not consider how Exhibit IF–2(c) would have fared had it been validly enacted by the State of New Jersey. Compare Karcher v. Daggett, —— U.S. at ——, 103 S.Ct. at 2667–78 (Stevens, J., concurring) with id. —— U.S. at ——, 103 S.Ct. at 2687–90 (Powell, J., dissenting). Senate Bill 3564 is proposed to us as a remedy. As such it does not meet the criteria which we consider relevant to the exercise of our discretion in devising a remedy. First, it does not achieve as small an overall or mean deviation as other plans which are in evidence. While it does succeed in preserving municipal boundaries, the population variances it would maintain are not maintained for that purpose, but rather for the purpose of preserving, as nearly as possible, the districts erected in the Feldman Plan. While Exhibit IF–2(c) preserves the cores of the districts established in the Feldman Plan, those districts are unconstitutional. The plan in Exhibit IF–2(c) has little if any relationship to the cores of districts established under David v. Cahill, and even less relationship to the cores of the last valid New Jersey congressional reapportionment enactment. Exhibit IF–2(c) avoids contests between incumbents. These contests are avoided, however, only because some incumbents moved in 1982 or ran outside their home district, thereby managing to win elections from unconstitutional districts. The most glaring defects in the Feldman Plan, however, are carried forward in Exhibit IF–2(c). These are an obvious absence of compactness, and an intentional gerrymander in favor of certain Democratic Representatives.

The Democratic Congressmen intervenors urge that we must, as a matter of law, adopt Exhibit IF–2(c) as a remedy. Their legal position in this regard is predicated on certain language in White v. Weiser, 412 U.S. 783, 93 S.Ct. 2348, 37 L.Ed.2d 335 (1973), which is said to require that result. In that case the Supreme Court held that a district court should, in choosing among remedial plans, choose the plan which most closely approximates that selected by a state legislature. Id. at 795, 93 S.Ct. at 2354. The policy dispute in White v. Weis-

*er* among the competing plans was over the district court's rejection of a state policy of avoiding contests among incumbents. The Feldman Plan did not implement such a policy; quite the opposite. It was designed to produce contests among certain Republican incumbents. Moreover, *White v. Weiser* teaches that "the District Court should defer to state policy in fashioning relief only where that policy is consistent with constitutional norms and is not itself vulnerable to legal challenge." 412 U.S. at 797, 93 S.Ct. at 2355. The State policy embodied in the Feldman Plan was to deviate from the norm of population equality for the patently discernible purpose of partisan advantage. That policy was not merely vulnerable to legal challenge; the challenge succeeded. We owe no deference to an unconstitutional state statute.

The proponents of the plan in Exhibit IF–2(c) urge that in fact the Feldman Plan was not a partisan gerrymander, but only a neutral effort by the legislature and the former Governor to provide for congressional representation roughly equivalent to the voting strength of the Democratic and Republican parties in the state. In support of that contention, they have produced computer generated analyses of the results, in each of the districts proposed in Exhibit IF–2(c), of several statewide elections. The inference they would have us draw from these analyses is that the districts established by the Feldman Plan were in fact non-partisan.

For several reasons we decline the invitation to endorse as a remedy the basic districts set forth in the Feldman Plan. First, the present effort to justify those districts as non-partisan is a thinly veiled effort to relitigate the liability stage of this lawsuit after an affirmance by the Supreme Court of the holding that the Feldman Plan is unconstitutional. We have grave doubt whether, consistent with the Supreme Court's judgment, this court is free to permit such relitigation. Assuming we were free to consider the evidence of hypothetical results, in each district, of elections other than those for Congress, we would not find that evidence of any real

relevance. While it is true that congressional elections are frequently affected by the same issues that influence the outcome of presidential and senatorial contests, the patent reality is that they are strongly influenced by the more direct relationship of a Representative with the voters in his own district. Thus the fact that a district may have voted in favor of a senatorial or presidential candidate of one party is hardly a strong predictor of the outcome of a congressional race. The case of a gubernatorial election, which may turn on statewide rather than national or district issues, is even less relevant.

A final contention advanced in favor of Exhibit IF–2(c) is that in the election held under the Feldman Plan all Republican incumbents save one survived the election. With the benefit of such hindsight we are asked to adhere as closely as possible to the districts established in the 1982 legislation. The Supreme Court, however, had the benefit of the same hindsight when, on June 22, 1983, it decided *Karcher v. Daggett.* The Court undoubtedly was as aware as we are of the unique set of circumstances surrounding that election, such as Representative Fenwick's race for the Senate, which permitted Congressman Courter to run unopposed in the district to which he moved, and Congressman Rinaldo's decision to run outside his home district, which produced results unexpected by those responsible for enacting the Feldman Plan. That statute's unconstitutionality cannot be disregarded merely because its intended partisan results were not fully realized.

Thus we conclude that Exhibit IF–2(c), embodying the provisions of Senate Bill 3564, is not an appropriate remedy for the unconstitutionality of the Feldman Plan. For the same reasons, we conclude that a modification of that plan, which would shift one census block from the proposed eleventh to the proposed tenth district, thereby reducing the variation from 67 to 42 persons, is also an inappropriate remedy.

C. The Hagedorn and Zimmer Plans

The executive branch defendants propose for our consideration two redistricting

plans which were introduced, but not enacted, in the New Jersey Legislature. The first, introduced by Senator Hagedorn as Senate Bill 1111, is reflected in the district map Exhibit D7. The second, introduced by Assemblyman Zimmer, as Assembly Bill 839, is reflected in the district map Exhibit D9. The Hagedorn map produces a high population district of 526,115 and a low population district of 526,055, or a maximum variation of 60 persons, and an absolute mean deviation of 11.50 persons. The relative overall range is .01140% and the relative mean deviation is .00218%. The Zimmer map produces a district with a high population of 526,087 and a district with a low population of 526,020, or a maximum variation of 67 persons, and an absolute mean deviation of 10.92 persons. The Zimmer plan's relative overall range is .01273% and its relative mean deviation is .00207%. A comparison of these deviation figures with those that would result from the adoption of Senate Bill 3564 shows that the numerical differences are so slight as to be irrelevant.

Since neither the Hagedorn nor the Zimmer plans were enacted, the executive branch defendants do not suggest that they come clothed with any mantle of state policy. The districts reflected in Exhibits D7 and D9 are considerably more compact than those in the Feldman Plan, and thus also more compact than those in Senate Bill 3564. Neither splits municipal boundaries, and neither places incumbent representatives in the same district. If the choice were between Senate Bill 3564 and either the Hagedorn or the Zimmer plan, either of the latter two would in our view embody preferable remedial features. And, as between Hagedorn and Zimmer, the slightly lower absolute mean deviation in the Zimmer plan, 10.92 persons, probably would tip the scale in its favor. The Zimmer plan must, however, be compared with one remaining proposal.

## D. The Forsythe, et al. Plan

The original plaintiffs in one of these consolidated cases, No. 82–388, were Republican candidates in the 1982 primary congressional elections. All but one of them [3] have proposed a redistricting plan. That plan is embodied in Exhibit P–1(a) and (b), and the map depicting the proposed districts is Exhibit P–1(c). The plan shown on Exhibit P–1(c) produces a high population district of 526,087 and a low population district of 526,062, or a maximum variation of only 25 persons, and an absolute mean deviation of 5.9 persons. The relative overall range is .00475% and the relative mean deviation is .00112%. Thus the plan reflected in Exhibit P–1(c) achieves the lowest population deviation of any plan which has been presented. Moreover it goes much further than the Hagedorn or Zimmer plans in achieving compact districts. Like all the plans considered, it avoids placing incumbents in the same district. Unlike any of the others, however, it achieves the extremely low population deviation in part by splitting off certain census tracts from the Essex County municipality of Belleville, and the Hudson County community of Kearny. The plan, in what it proposes as the 10th Congressional District, preserves a congressional district in which a majority of the population is black. No evidence has been offered from which we could find that it is designed to achieve partisan advantage.

The two great advantages of the Exhibit P–1(c) plan, over any of the others, are the achievement of smaller population deviations, and the creation of more compact districts. The only disadvantage which the plan presents is the splitting of two North Jersey municipalities in order to achieve those advantages. We hold that this disadvantage is outweighed by the advantages of compactness and population near uniformity. Thus, among those in evidence, the plan which in our view most nearly fits the appropriate criteria for a

---

**3.** We are advised that Congressman Courter, a plaintiff in No. 82–388, has terminated the authority of the firm of Hellring, Lindeman, Goldstein & Siegal to act on his behalf, and that he disapproves of the submission of the plan in question.

court considering a congressional reapportionment plan as a remedy for an unconstitutional reapportionment statute, is that set forth in Exhibits P–1(a)(b) and (c).

Ordered, adjudged and decreed that the primary elections and elections for Members of the House of Representatives shall be conducted, in New Jersey, until the further order of this court, or until the next decennial census, whichever is earlier, from the single member districts set forth in the Opinion filed herewith.

## 1ST CONGRESSIONAL DISTRICT

### Burlington County

| | |
|---|---|
| Maple Shade Township | 20,525 |
| Palmyra Borough | 7,085 |
| Riverton Borough | 3,068 |

### Camden County

| | |
|---|---|
| Audubon Park Borough | 1,274 |
| Barrington Borough | 7,418 |
| Bellmawr Borough | 13,721 |
| Berlin Borough | 5,786 |
| Berlin Township | 5,348 |
| Brooklawn Borough | 2,133 |
| Camden City | 84,910 |
| Chesilhurst Borough | 1,590 |
| Clementon Borough | 5,764 |
| Collingswood Borough | 15,838 |
| Gibbsboro Borough | 2,510 |
| Gloucester City | 13,121 |
| Gloucester Township | 45,156 |
| Haddon Township | 15,875 |
| Hi-Nella Borough | 1,250 |
| Laurel Springs Borough | 2,249 |
| Lawnside Borough | 3,042 |
| Lindenwold Borough | 18,196 |
| Magnolia Borough | 4,881 |
| Mount Ephraim Borough | 4,863 |
| Oaklyn Borough | 4,223 |
| Pennsauken Township | 33,775 |
| Pine Hill Borough | 8,684 |
| Pine Valley Borough | 23 |
| Runnemede Borough | 9,461 |
| Somerdale Borough | 5,900 |
| Stratford Borough | 8,005 |
| Tavistock Borough | 9 |
| Winslow Township | 20,034 |
| Woodlynne Borough | 2,578 |

### Gloucester County

| | |
|---|---|
| Clayton Borough | 6,013 |
| Deptford Township | 23,473 |
| East Greenwich Township | 4,144 |
| Greenwich Township | 5,404 |
| Harrison Township | 3,585 |
| Logan Township | 3,078 |
| Monroe Township | 21,639 |
| National Park Borough | 3,552 |
| Paulsboro Borough | 6,944 |
| Swedesboro Borough | 2,031 |
| Washington Township | 27,878 |
| Wenonah Borough | 2,303 |
| West Deptford Township | 18,002 |
| Westville Borough | 4,786 |
| Woodbury City | 10,353 |
| Woodbury Heights Borough | 3,460 |
| Woolwich Township | 1,129 |
| | 526,069 |

## 2ND CONGRESSIONAL DISTRICT

### Atlantic County

| | |
|---|---|
| All | 194,119 |

### Cape May County

| | |
|---|---|
| All | 82,266 |

### Cumberland County

| | |
|---|---|
| All | 132,866 |

### Gloucester County

| | |
|---|---|
| Elk Township | 3,187 |
| Franklin Township | 12,396 |
| Glassboro Borough | 14,574 |
| Mantua Township | 9,193 |
| Newfield Borough | 1,563 |
| Pitman Borough | 9,744 |
| South Harrison Township | 1,486 |

### Salem County

| | |
|---|---|
| All | 64,676 |
| | 526,070 |

## 3RD CONGRESSIONAL DISTRICT

### Monmouth County

| | |
|---|---|
| Allenhurst Borough | 912 |
| Asbury Park City | 17,015 |
| Atlantic Highlands Borough | 4,950 |
| Avon-by-the-Sea Borough | 2,337 |
| Belmar Borough | 6,771 |
| Bradley Beach Borough | 4,772 |
| Deal Borough | 1,952 |
| Eatontown Borough | 12,703 |
| Fair Haven Borough | 5,679 |
| Hazlet Township | 23,013 |
| Highlands Borough | 5,187 |
| Interlaken Borough | 1,037 |

## Monmouth County

| | |
|---|---|
| Keansburg Borough | 10,613 |
| Keyport Borough | 7,413 |
| Little Silver Borough | 5,548 |
| Loch Arbour Village | 369 |
| Long Branch City | 29,819 |
| Manasquan Borough | 5,354 |
| Middletown Township | 62,574 |
| Monmouth Beach Borough | 3,318 |
| Neptune City Borough | 5,276 |
| Neptune Township | 28,366 |
| Oceanport Borough | 5,888 |
| Ocean Township | 23,570 |
| Red Bank Borough | 12,031 |
| Rumson Borough | 7,623 |
| Sea Bright Borough | 1,812 |
| Sea Girt Borough | 2,650 |
| Shrewsbury Borough | 2,962 |
| Shrewsbury Township | 995 |
| Spring Lake Borough | 4,215 |
| Spring Lake Heights Borough | 5,424 |
| South Belmar Borough | 1,566 |
| Tinton Falls Borough | 7,740 |
| Union Beach Borough | 6,354 |
| West Long Branch Borough | 7,380 |

## Ocean County

| | |
|---|---|
| Bay Head Borough | 1,340 |
| Brick Township | 53,629 |
| Dover Township | 64,455 |
| *Island Heights Borough* | 1,575 |
| Lakewood Township | 38,464 |
| Lavallette Borough | 2,072 |
| Mantoloking Borough | 433 |
| Point Pleasant Beach Borough | 5,415 |
| Point Pleasant Borough | 17,747 |
| Seaside Heights Borough | 1,802 |
| South Toms River Borough | 3,954 |
| | 526,074 |

## 4TH CONGRESSIONAL DISTRICT

### Burlington County

| | |
|---|---|
| Bordentown City | 4,441 |
| Bordentown Township | 7,170 |
| Burlington City | 10,246 |
| Burlington Township | 11,527 |
| Chesterfield Township | 3,867 |
| Eastampton Township | 3,814 |
| Fieldsboro Borough | 597 |
| Florence Township | 9,084 |
| Mansfield Township | 2,523 |
| Springfield Township | 2,691 |
| Westampton Township | 3,383 |

### Mercer County

| | |
|---|---|
| East Windsor Township | 21,041 |
| Ewing Township | 34,842 |
| Hamilton Township | 82,801 |
| Hightstown Borough | 4,581 |
| Hopewell Borough | 2,001 |
| Hopewell Township | 10,893 |

## Mercer County

| | |
|---|---|
| Lawrence Township | 19,724 |
| Pennington Borough | 2,109 |
| Trenton City | 92,124 |
| Washington Township | 3,487 |

## Middlesex County

| | |
|---|---|
| Jamesburg Borough | 4,114 |
| Monroe Township | 15,858 |
| Plainsboro Borough | 5,605 |

## Monmouth County

| | |
|---|---|
| Allentown Borough | 1,962 |
| Brielle Borough | 4,068 |
| Colts Neck Township | 7,888 |
| Englishtown Borough | 976 |
| Farmingdale Borough | 1,348 |
| Freehold Borough | 10,020 |
| Freehold Township | 19,202 |
| Holmdel Township | 8,447 |
| Howell Township | 25,065 |
| Manalapan Township | 18,914 |
| Marlboro Township | 17,560 |
| Millstone Township | 3,926 |
| Roosevelt Borough | 835 |
| Upper Freehold Township | 2,750 |
| Wall Township | 18,952 |

## Ocean County

| | |
|---|---|
| Jackson Township | 25,644 |
| | 526,080 |

## 5TH CONGRESSIONAL DISTRICT

### Bergen County

| | |
|---|---|
| Allendale Borough | 5,901 |
| Alpine Borough | 1,549 |
| Bergenfield Borough | 25,568 |
| Closter Borough | 8,164 |
| Cresskill Borough | 7,609 |
| Demarest Borough | 4,963 |
| Dumont Borough | 18,334 |
| Emerson Borough | 7,793 |
| Glen Rock Borough | 11,497 |
| Harrington Park Borough | 4,532 |
| Haworth Borough | 3,509 |
| Hillsdale Borough | 10,495 |
| Hohokus Borough | 4,129 |
| Mahwah Township | 12,127 |
| Midland Park Borough | 7,381 |
| Montvale Borough | 7,318 |
| Northvale Borough | 5,046 |
| Norwood Borough | 4,413 |
| Oakland Borough | 13,443 |
| Old Tappan Borough | 4,168 |
| Oradell Borough | 8,658 |
| Paramus Borough | 26,474 |
| Park Ridge Borough | 8,515 |
| Ramsey Borough | 12,899 |

## Bergen County

| | |
|---|---|
| Ridgewood Village | 25,208 |
| Rivervale Township | 9,489 |
| Rochelle Park Township | 5,603 |
| Rockleigh Borough | 192 |
| Saddle River Borough | 2,763 |
| Tenafly Borough | 13,552 |
| Upper Saddle River Borough | 7,958 |
| Waldwick Borough | 10,802 |
| Washington Township | 9,550 |
| Westwood Borough | 10,714 |
| Woodcliff Lake Borough | 5,644 |
| Wyckoff Borough | 15,500 |

## Passaic County

| | |
|---|---|
| Bloomingdale Borough | 7,867 |
| Haledon Borough | 6,607 |
| Hawthorne Borough | 18,200 |
| North Haledon Borough | 8,177 |
| Ringwood Borough | 12,625 |
| Wanaque Borough | 10,025 |
| West Milford Township | 22,750 |

## Sussex County

| | |
|---|---|
| Andover Borough | 892 |
| Andover Township | 4,506 |
| Branchville Borough | 870 |
| Frankford Township | 4,654 |
| Franklin Borough | 4,486 |
| Fredon Township | 2,281 |
| Hamburg Borough | 1,832 |
| Hardyston Township | 4,553 |
| Hopatcong Borough | 15,531 |
| Lafayette Township | 1,614 |
| Montague Township | 2,066 |
| Newton Town | 7,748 |
| Ogdensburg Borough | 2,737 |
| Sandyston Township | 1,485 |
| Sparta Township | 13,333 |
| Stanhope Borough | 3,638 |
| Sussex Borough | 2,418 |
| Vernon Township | 16,302 |
| Walpack Township | 150 |
| Wantage Township | 7,268 |
| | 526,075 |

## 6TH CONGRESSIONAL DISTRICT

## Middlesex County

| | |
|---|---|
| Carteret Borough | 20,598 |
| Edison Township | 70,193 |
| Highland Park Borough | 13,396 |
| Metuchen Borough | 13,762 |
| New Brunswick City | 41,442 |
| North Brunswick Township | 22,220 |
| Old Bridge Township | 51,515 |
| Perth Amboy City | 38,951 |
| Sayreville Borough | 29,969 |
| South Amboy | 8,322 |
| South River Borough | 14,361 |
| Woodbridge Township | 90,074 |

## Monmouth County

| | |
|---|---|
| Aberdeen Township | 17,235 |
| Matawan Borough | 8,837 |

## Union County

| | |
|---|---|
| Linden City | 37,836 |
| Rahway City | 26,723 |
| Roselle Borough | 20,641 |
| | 526,075 |

## 7TH CONGRESSIONAL DISTRICT

## Essex County

| | |
|---|---|
| Millburn Township | 19,543 |

## Middlesex County

| | |
|---|---|
| Dunellen Borough | 6,593 |
| Middlesex Borough | 13,480 |

## Somerset County

| | |
|---|---|
| Bound Brook Borough | 9,710 |
| Bridgewater Township | 29,175 |
| Green Brook Township | 4,640 |
| Manville Borough | 11,278 |
| North Plainfield Borough | 19,108 |
| Warren Township | 9,805 |
| Watchung Borough | 5,290 |

## Union County

| | |
|---|---|
| Berkley Heights Township | 12,549 |
| Clark Township | 16,699 |
| Cranford Township | 24,573 |
| Elizabeth City | 106,201 |
| Fanwood Borough | 7,767 |
| Garwood Borough | 4,752 |
| Kenilworth Borough | 8,221 |
| Mountainside Borough | 7,118 |
| New Providence Borough | 12,426 |
| Plainfield City | 45,555 |
| Roselle Park Borough | 13,377 |
| Scotch Plains Township | 20,774 |
| Springfield Township | 13,955 |
| Summit City | 21,071 |
| Union Township | 50,184 |
| Westfield Town | 30,447 |
| Winfield Township | 1,785 |
| | 526,076 |

## 8TH CONGRESSIONAL DISTRICT

## Bergen County

| | |
|---|---|
| Franklin Lakes Borough | 8,769 |

## Essex County

Belleville Town (part)

| | |
|---|---|
| Ward # 1—District # 2 | 1,146 |
| Ward # 1—District # 3 | 1,112 |
| Ward # 1—District # 6 | 926 |
| Ward # 1—District # 7 | 976 |
| Ward # 1—District # 8 | 2,453 |
| Ward # 1—District # 9 | 1,413 |
| Ward # 1—District # 10 | 2,547 |
| Ward # 1—District # 11 | 2,000 |
| Ward # 1—District # 12 | 1,349 |
| Ward # 2 | 16,566 |
| Bloomfield Town | 47,792 |
| Glen Ridge Borough | 7,855 |
| Montclair Town | 38,321 |
| Nutley Town | 28,998 |

## Morris County

| | |
|---|---|
| Riverdale Borough | 2,530 |

## Passaic County

| | |
|---|---|
| Clifton City | 74,388 |
| Little Falls Township | 11,496 |
| Passaic City | 52,463 |
| Paterson City | 137,970 |
| Pompton Lakes Borough | 10,660 |
| Prospect Park Borough | 5,142 |
| Totowa Borough | 11,448 |
| Wayne Township | 46,474 |
| West Paterson Borough | 11,293 |
| | 526,087 |

# 9TH CONGRESSIONAL DISTRICT

## Bergen County

| | |
|---|---|
| Bogota Borough | 8,344 |
| Carlstadt Borough | 6,166 |
| Cliffside Park Borough | 21,464 |
| East Rutherford Borough | 7,849 |
| Edgewater Borough | 4,628 |
| Elmwood Park Borough | 18,377 |
| Englewood City | 23,701 |
| Englewood Cliffs Borough | 5,698 |
| Fair Lawn Borough | 32,229 |
| Fairview Borough | 10,519 |
| Fort Lee Borough | 32,449 |
| Garfield City | 26,803 |
| Hackensack City | 36,039 |
| Hasbrouck Heights Borough | 12,166 |
| Leonia Borough | 8,027 |
| Little Ferry Borough | 9,399 |
| Lodi Borough | 23,956 |
| Lyndhurst Township | 20,326 |
| Maywood Borough | 9,895 |
| Moonachie Borough | 2,706 |
| New Milford Borough | 16,876 |
| North Arlington Borough | 16,587 |
| Palisades Park Borough | 13,732 |
| Ridgefield Borough | 10,294 |

## Bergen County

| | |
|---|---|
| Ridgefield Park Village | 12,738 |
| River Edge Borough | 11,111 |
| Rutherford Borough | 19,068 |
| Saddle Brook Township | 14,084 |
| South Hackensack Township | 2,229 |
| Teaneck Township | 39,007 |
| Teterboro Borough | 19 |
| Wallington Borough | 10,741 |
| Wood-Ridge Borough | 7,929 |

## Hudson County

| | |
|---|---|
| East Newark Borough | 1,923 |
| Kearny Town (part) | |
| Ward # 1—District # 1 | 962 |
| Ward # 1—District # 2 | 1,109 |
| Ward # 1—District # 6 | 1,019 |
| Ward # 3 | 8,578 |
| Ward # 4—District # 5 | 836 |
| Ward # 4—District # 6 | 1,281 |
| Ward # 4—District # 7 | 1,483 |
| Secaucus Town | 13,719 |
| | 526,066 |

# 10TH CONGRESSIONAL DISTRICT

## Essex County

Belleville Town (part)

| | |
|---|---|
| Ward # 1—District # 1 | 1,414 |
| Ward # 1—District # 4 | 1,550 |
| Ward # 1—District # 5 | 1,915 |
| East Orange City | 77,878 |
| Irvington Town | 61,493 |
| Newark City | 329,248 |
| Orange City | 31,136 |

## Union County

| | |
|---|---|
| Hillside Township | 21,440 |
| | 526,074 |

# 11TH CONGRESSIONAL DISTRICT

## Essex County

| | |
|---|---|
| Caldwell Borough | 7,624 |
| Cedar Grove Township | 12,600 |
| Essex Fells Borough | 2,363 |
| Fairfield Borough | 7,987 |
| Livingston Township | 28,040 |
| Maplewood Township | 22,950 |
| North Caldwell Borough | 5,832 |
| Roseland Borough | 5,330 |
| South Orange Village Township | 15,864 |
| Verona Borough | 14,166 |
| West Caldwell Borough | 11,407 |
| West Orange Town | 39,510 |

## Morris County

| | |
|---|---:|
| Boonton Town | 8,620 |
| Boonton Township | 3,273 |
| Butler Borough | 7,616 |
| Chatham Borough | 8,537 |
| Chester Borough | 1,433 |
| Chester Township | 5,198 |
| Denville Township | 14,380 |
| Dover Town | 14,681 |
| East Hanover Township | 9,319 |
| Florham Park Borough | 9,359 |
| Hanover Township | 11,846 |
| Jefferson Township | 16,413 |
| Kinnelon Borough | 7,770 |
| Lincoln Park Borough | 8,806 |
| Madison Borough | 15,357 |
| Mendham Borough | 4,899 |
| Mendham Township | 4,488 |
| Mine Hill Township | 3,325 |
| Montville Township | 14,290 |
| Mountain Lakes Borough | 4,153 |
| Mount Arlington Borough | 4,251 |
| Mount Olive Township | 18,748 |
| Netcong Borough | 3,557 |
| Parsippany-Troy Hills Township | 49,868 |
| Pequannock Township | 13,776 |
| Randolph Township | 17,828 |
| Rockaway Borough | 6,852 |
| Rockaway Township | 19,850 |
| Roxbury Township | 18,878 |
| Victory Gardens Borough | 1,043 |
| Wharton Borough | 5,485 |

## Sussex County

| | |
|---|---:|
| Byram Township | 7,502 |
| Green Township | 2,450 |

## Warren County

| | |
|---|---:|
| Allamuchy Township | 2,560 |
| Frelinghuysen Township | 1,435 |
| Independence Township | 2,829 |
| Liberty Township | 1,730 |
| | 526,078 |

## 12TH CONGRESSIONAL DISTRICT

## Hunterdon County

| | |
|---|---:|
| All | 87,361 |

## Mercer County

| | |
|---|---:|
| Princeton Borough | 12,035 |
| Princeton Township | 13,683 |
| West Windsor Township | 8,542 |

## Middlesex County

| | |
|---|---:|
| Cranbury Township | 1,927 |
| East Brunswick Township | 37,711 |
| Helmetta Borough | 955 |
| Milltown Borough | 7,136 |
| Piscataway Township | 42,223 |
| South Brunswick Township | 17,127 |
| South Plainfield Township | 20,521 |
| Spotswood Borough | 7,840 |

## Morris County

| | |
|---|---:|
| Chatham Township | 8,883 |
| Harding Township | 3,236 |
| Morris Township | 18,486 |
| Morris Plains Borough | 5,305 |
| Morristown Town | 16,614 |
| Passaic Township | 7,275 |
| Washington Township | 11,402 |

## Somerset County

| | |
|---|---:|
| Bedminster Township | 2,469 |
| Bernards Township | 12,920 |
| Bernardsville Borough | 6,715 |
| Branchburg Township | 7,846 |
| Far Hills Borough | 677 |
| Franklin Township | 31,358 |
| Hillsborough Township | 19,061 |
| Millstone Borough | 530 |
| Montgomery Township | 7,360 |
| Peapack Gladstone Borough | 2,038 |
| Raritan Borough | 6,128 |
| Rocky Hill Borough | 717 |
| Somerville Borough | 11,973 |
| South Bound Brook Borough | 4,331 |

## Sussex County

| | |
|---|---:|
| Hampton Township | 3,916 |
| Stillwater Township | 3,887 |

## Warren County

| | |
|---|---:|
| Alpha Borough | 2,644 |
| Belvidere Town | 2,475 |
| Blairstown Township | 4,360 |
| Franklin Township | 2,341 |
| Greenwich Township | 1,738 |
| Hackettstown Town | 8,850 |
| Hardwick Township | 947 |
| Harmony Township | 2,592 |
| Hope Township | 1,468 |
| Knowlton Township | 2,074 |
| Lopatcong Township | 4,998 |
| Mansfield Township | 5,780 |
| Oxford Township | 1,659 |
| Pahaquarry Township | 26 |
| Phillipsburg Town | 16,647 |
| Pohatcong Township | 3,856 |
| Washington Borough | 6,429 |

**1270**

Warren County

| | |
|---|---|
| Washington Township | 4,243 |
| White Township | 2,748 |
| | 526,063 |

## 13TH CONGRESSIONAL DISTRICT

Burlington County

| | |
|---|---|
| Bass River Township | 1,344 |
| Beverly City | 2,919 |
| Cinnaminson Township | 16,072 |
| Delanco Township | 3,730 |
| Delran Township | 14,811 |
| Edgewater Park Township | 9,273 |
| Evesham Township | 21,508 |
| Hainesport Township | 3,236 |
| Lumberton Township | 5,236 |
| Medford Lakes Borough | 4,958 |
| Medford Township | 17,622 |
| Moorestown Township | 15,596 |
| Mount Holly Township | 10,818 |
| Mount Laurel Township | 17,614 |
| New Hanover Township | 14,258 |
| North Hanover Township | 9,050 |
| Pemberton Borough | 1,198 |
| Pemberton Township | 29,720 |
| Riverside Township | 7,941 |
| Shamong Township | 4,537 |
| Southampton Township | 8,808 |
| Tabernacle Township | 6,236 |
| Washington Township | 808 |
| Willingboro Township | 39,912 |
| Woodland Township | 2,285 |
| Wrightstown Borough | 3,031 |

Camden County

| | |
|---|---|
| Audubon Borough | 9,533 |
| Cherry Hill Township | 68,785 |
| Haddonfield Borough | 12,337 |
| Haddon Heights Borough | 8,361 |
| Merchantville Borough | 3,972 |
| Voorhees Township | 12,919 |
| Waterford Township | 8,126 |

Ocean County

| | |
|---|---|
| Barnegat Township | 8,702 |
| Barnegat Light Borough | 619 |
| Beach Haven Borough | 1,714 |
| Beachwood Borough | 7,687 |
| Berkeley Township | 23,151 |
| Eagleswood Township | 1,009 |
| Harvey Cedars Borough | 363 |
| Lacey Township | 14,161 |
| Lakehurst Borough | 2,908 |
| Little Egg Harbor Township | 8,483 |
| Long Beach Township | 3,488 |
| Manchester Township | 27,987 |
| Ocean Gate Borough | 1,385 |
| Ocean Township | 3,731 |
| Pine Beach Borough | 1,796 |
| Plumsted Township | 4,674 |
| Seaside Park Borough | 1,795 |

Ocean County

| | |
|---|---|
| Ship Bottom Borough | 1,427 |
| Stafford Township | 10,385 |
| Surf City Borough | 1,571 |
| Tuckerton Borough | 2,472 |
| | 526,062 |

## 14TH CONGRESSIONAL DISTRICT

Hudson County

| | |
|---|---|
| Bayonne City | 65,047 |
| Guttenberg Town | 7,340 |
| Harrison Town | 12,242 |
| Hoboken City | 42,460 |
| Jersey City | 223,532 |
| Kearny Town (part) | |
| Ward # 1—District # 3 | 1,045 |
| Ward # 1—District # 4 | 1,245 |
| Ward # 1—District # 5 | 1,103 |
| Ward # 2 | 10,506 |
| Ward # 4—District # 1 | 1,174 |
| Ward # 4—District # 2 | 1,673 |
| Ward # 4—District # 3 | 846 |
| Ward # 4—District # 4 | 1,323 |
| Ward # 4—District # 8 | 1,552 |
| North Bergen Township | 47,019 |
| Union City | 55,593 |
| Weehawken Township | 13,168 |
| West New York Town | 39,194 |
| | 526,062 |